ROBERT CLEGG, Respondent, *v.* METROPOLITAN STREET RAIL-
WAY COMPANY, Appellant.

*Clegg* v. *Metropolitan Street R. Co.*, 1 App. Div. 207, affirmed.
(Argued May 4, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
February 10, 1896, affirming a judgment in favor of plaintiff
entered upon a verdict, and an order denying a motion for a
new trial.

*Henry A. Robinson* and *John T. Little, Jr.*, for appellant.

*Henry A. Monfort* for respondent.

Judgment affirmed, with costs; no opinion
All concur.

---

BARTOLEMY J. OLIFIERS, Appellant, *v.* PERRY BELMONT and
JOHN A. CHANLER, Respondents, Impleaded with Others.

*Olifiers* v. *Belmont*, 15 Misc. Rep. 120, affirmed.
(Submitted May 4, 1899; decided June 6, 1899.)

APPEAL from final judgments of the late Court of Com-
mon Pleas for the city and county of New York, entered
October 27 and December 9, 1896, upon orders of the Gen-
eral Term of that court, affirming interlocutory judgments in
favor of each of the above respondents.

*John Brooks Leavitt* for appellant.

*John M. Bowers, James W. Gerard, Jr.*, and *Harry Van
Ness Philip* for respondents.

Judgments and orders affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not voting.